# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

June 14, 2012

**Before**

RICHARD A. POSNER, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

| | |
|---|---|
| No. 11-1286 | |
| | Appeal from the United States District |
| AMERICAN CIVIL LIBERTIES UNION | Court for the Northern District of |
| OF ILLINOIS, | Illinois, Eastern Division. |
| *Plaintiff-Appellant*, | |
| | No. 10 C 5235 |
| v. | |
| | Suzanne B. Conlon, |
| ANITA ALVAREZ, | *Judge*. |
| *Defendant-Appellee*. | |

**O R D E R**

On consideration of the petition for rehearing and for rehearing en banc, no judge in active service has requested a vote on the petition for rehearing en banc,[1] and all of the judges on the original panel have voted to deny rehearing.  It is therefore ordered that the petition for rehearing and for rehearing en banc is **DENIED**.

---

[1]Circuit Judges Ilana Diamond Rovner and Ann Claire Williams took no part in the consideration of the petition for rehearing en banc.